UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:25-cv-02575-SPG | Date | March 10, 2026 |
|---|---|---|---|
| Title | In re Debtors Tracy Mont Sloan and Lori Kay Sloan | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

The Court is in receipt of the Notice of Bankruptcy Appeal Document Discrepancy, (ECF No. 15 ("Notice")). Based on the Notice and the Court's review of the record, it appears that Appellant Fayez Sedrak ("Appellant") failed to timely file the Notice of Transcript, as required by Federal Rules of Bankruptcy Procedure 8003 and 8009. *See* (ECF No. 15); *see also* Fed. R. Bankr. P. 8009(b)(1)(A)–(B) (requiring the appellant to either order a transcript of proceedings necessary for the appeal and file a copy with the bankruptcy clerk or file a certificate stating that a transcript will not be ordered).

Accordingly, Appellant is hereby ordered to show cause in writing, on or before March 20, 2026, why this appeal should not be dismissed for lack of prosecution.  If the required action has been taken, and the Notice of Transcript is filed with the Clerk of the Bankruptcy Court, no further response to the order to show cause is necessary.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg

Page **1** of **1**